UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK INC.; IPVALUE MANAGEMENT, INC.; AND FUTURE LINK SYSTEMS, LLC, <br><br> Defendants. | Case No. 5:23-cv-02774-PCP <br><br> **PROPOSED ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Honorable P. Casey Pitts |

Upon consideration of Defendant Realtek Semiconductor Corp.'s ("Realtek") Administrative Motion to Consider Whether Another Party's Material Should be Sealed and finding that compelling reasons has been shown pursuant to Civil Local Rule 79-5, this Court hereby ORDERS that the following documents shall be sealed, as indicated below:

| **Document** | **Portions For Which Sealing is Sought** | **Reason for Seeking Sealing** |
|---|---|---|
| Realtek's Opposition to Defendants Future Link Systems, LLC and IPValue Management, Inc.'s Motion to Dismiss and Strike | Highlighted portions on pages 1:7, 12-16, 18-20, 22-23; 4, 12-13, 22; 3:11-13; 4:24-26; 5:11-12, 19-20; 7:20, 25; 10:20-21; 11:20-21; 12: 20, 25; 13: 24-25, 27-28; 16:16-17; 4; 18: 3-4, 8-12; 19:15-16; 20:4-5; 22:16-17; 23:8; 25:6 | Includes information that other parties (Future Link Systems, LLC and IPValue Management, Inc.) have sought to seal in their pending Motion to File Under Seal. (Dkt. No. 50, corrected in Dkt. No. 57). |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable P. Casey Pitts
United States District Court Judge

Case No. 5:23-cv-02774-PCP

[PROPOSED] ORDER GRANTING ADMIN. MTN RE WHETHER PARTY'S MATERIALS SHOULD BE SEALED