UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants. | Case No.  23-cv-02774-PCP <br><br> **ORDER** |

The parties are ordered to prepare, by April 22, 2023, a joint sealing motion that consolidates all of the pending sealing motions in this action. The joint motion shall include a table or list indicating each pending sealing request, organized by document. For each request to seal a document or portion thereof, the motion shall indicate the material proposed to be sealed (e.g., by highlight color), the party seeking to seal it, and the rationale for sealing, *see* L.R. 79-5. The parties shall also attach, as exhibits, one consolidated copy of each document that contains material proposed by either party to be sealed, with a consistent highlighting scheme for portions of documents that indicates which party (or parties) seeks to seal which material. The motion should not include any requests to seal material where the party whose material is at issue has not opposed its filing on the public docket. The joint motion shall also identify the currently pending motions that will be rendered moot by its filing.

**IT IS SO ORDERED.**

Dated: April 8, 2024

P. Casey Pitts
United States District Judge