UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REALTEK SEMICONDUCTOR CORP.,

Plaintiff,

v.

MEDIATEK, INC., et al.,

Defendants.

Case No. 23-cv-02774-PCP  (SVK)

**ORDER RE DISCOVERY DISPUTE AT DKT. 324**

Re: Dkt. Nos. 324, 326

Before the Court is the Parties' Joint Submission and Supplemental Joint Submission, pursuant to which Mediatek seeks deposition testimony from Realtek on four disputed topics. Dkt. 324.  The Court requested a written discovery response from Realtek and short additional comment from each side.  Dkt. 325.  The Court has considered the issues in this litigation, the relevant law and the Parties' submissions and determines that this matter may be resolved without oral argument.  Civ. L.R. 7-1(b).  For the reasons set forth in the attached chart, Mediatek's requests are **DENIED**.

**SO ORDERED.**

Dated: April 15, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California