UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK INC.; IPVALUE MANAGEMENT INC.; and FUTURE LINK SYSTEMS, LLC, <br><br> Defendants. | Case No. 5:23-cv-02774-PCP-SVK <br><br> [PROPOSED] ORDER EXTENDING THE CASE SCHEDULE <br><br> Judge:  Honorable P. Casey Pitts |

Before this Court is Plaintiff Realtek Semiconductor Corp. and Defendant MediaTek Inc.'s Joint Stipulation to extend the current case schedule. Having carefully considered the Joint Stipulation, the Court hereby orders the case schedule to be extended as follows:

| Deadline / Event | Original Date | Revised Joint Proposal |
|---|---|---|
| Close of Fact Discovery | Jun 4, 2026 (Thu) | Aug 28, 2026 (Fri) |
| Opening Expert Reports | July 16, 2026 (Thu) | Oct 15, 2026 (Thu) |
| Rebuttal Expert Reports | Aug 20, 2026 (Thu) | Nov 19, 2026 (Thu) |
| Close of Expert Discovery | Sep 17, 2026 (Thu) | Dec 18, 2026 (Fri) |
| Plaintiff's Filing of Dispositive/Daubert Motion(s) | Oct 15, 2026 (Thu) | Jan 28, 2027 (Thu) |
| Defendant's Filing of Dispositive/Daubert Motion(s) and Opposition to Plaintiff's Motions | Nov 12, 2026 (Thu) | Feb 25, 2027 (Thu) |
| Plaintiff's Reply ISO Motions/Opposition to Defendant's Motions | Dec 10, 2026 (Thu) | Mar 25, 2027 (Thu) |
| Defendant's Reply ISO Motions | Jan 12, 2027 (Tue) | Apr 22, 2027 (Thu) |
| Trial Setting Conference | May 18, 2027 (Tue) | Aug 24, 2027 (Tue) |
| Jury Trial (5-10 days) | To be determined | To be determined |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: **June 1, 2026**

_____
Honorable P. Casey Pitts
United States District Court Judge